STATE of Missouri, Respondent,

v.

Fletcher SMITH, Appellant.

No. ED 96406.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 14, 2012.

Ellen H. Flottman, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Jessica P. Meredith, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

### ORDER

PER CURIAM.

Fletcher Smith appeals the judgment entered upon a jury verdict finding him guilty of first-degree robbery, Section 569.020 RSMo 2000, attempted first-degree robbery, Section 569.020 RSMo 2000, and two counts of armed criminal action, Section 571.015 RSMo 2000. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).